MELVIN SKINNER V. THE STATE.

No. 21736. Delivered November 12, 1941.

The opinion states the case.

*Florence, Florence & Meredith,* of Gilmer, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

No. 21737. Delivered November 12, 1941.

The opinion states the case.

*Florence, Florence & Meredith,* of Gilmer, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the theft of one chicken, and the waiver of a trial by jury, the court assessed his penalty at a fine of $25.00 and thirty days' confinement in the county jail.

An examination of the record fails to show that notice of appeal was given as required by law. Such is necessary to give this court jurisdiction. See Branch's Ann. P. C., Sec. 588, p. 302, and the many authorities there cited.

The appeal is therefore dismissed.